

# Fourth Court of Appeals
## San Antonio, Texas

November 1, 2022

No. 04-22-00596-CR

**EX PARTE** Edwing Ricardo **ALVARADO RODRIGUEZ**
Appellant

From the County Court, Kinney County, Texas
Trial Court No. 10500CR
Honorable Tully Shahan, Judge Presiding

## O R D E R

Appellant's brief is currently due on October 31, 2022. On October 26, 2022, appellant filed an unopposed motion requesting a sixty-day extension of time to file his brief. We GRANT the motion and ORDER appellant to file his brief by **December 30, 2022**. Further requests for extensions of time will be disfavored.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of November, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court